## 24541. FERGUSON v. COSBY.

MACINTYRE, J. The only error assigned in the direct bill of exceptions in the instant case being one which can not be determined from the record without a consideration of an alleged agreed statement of facts which is not embodied in the bill of exceptions, or attached as an exhibit thereto and properly authenticated, or contained in a brief of evidence approved by the trial judge and made a part of the record (the only showing of such approval being an unsigned entry in the transcript), the judgment rendered by the court, without the intervention of a jury, finding the property subject to the execution, must be affirmed. *Silvey v. Brown*, 137 *Ga.* 104 (72 S. E. 907); *Robinson v. Woodward*, 134 *Ga.* 777 (68 S. E. 553); *Federal Investment Co.* v. *Ewing*, 165 *Ga.* 435 (141 S. E. 65). *Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED SEPTEMBER 4, 1935.

*M. A. Walker,* for plaintiff in error.   *W. B. Short,* contra.